### In the United States District Court
### for the District of Columbia

| | |
|---|---|
| Corado's Services, LLC<br><br>　　　　Plaintiff<br>v.<br><br>Hartford Fire Insurance Company, *et al*.<br><br>　　　　Defendants | Case No. 1:20-cv-03673-RDM |

### Ellisdale Construction, LLC's Consent Motion to Intervene

　　Ellisdale Construction, LLC ("Ellisdale"), by counsel and pursuant to Fed. R. Civ. P. 24, moves the Court, under Rule 24(a), to allow it to intervene as a defendant as of right and, alternatively, under Rule 24(b), to allow it to permissively intervene as a defendant and, in either case. **The parties in the case consent to the relief requested in this motion.**

　　In accordance with Fed. R. Civ. P. 24(c) and LCvR7(j), Ellisdale attaches as Exhibit A its answer to Corado's Services, LLC's complaint and cross-claim against The Ohio Casualty Insurance Company for which intervention is sought. In addition, Ellisdale attaches as Exhibit B the third-party complaint it intends to file against Smith & Sons, LLC, if the Court grants this motion.

　　Ellisdale contemporaneously files its memorandum in support of this motion and a proposed order granting the motion.

　　Wherefore, Ellisdale respectfully asks the Court to grant its Consent Motion to Intervene as a defendant in this matter and deem Ellisdale's answer to Corado's Services, LLC's complaint and cross-claim against The Ohio Casualty Insurance Company, in the form of Exhibit A to this motion, as having been filed and served on the date the Court enters its order granting this motion.

Respectfully submitted,
**Ellisdale Construction, LLC**
By Counsel

/s/ Daniel K. Felsen
Daniel K. Felsen (USDC Bar No. 438553)
Carlton Fields, P.A.
1025 Thomas Jefferson Street NW
Suite 400 West
Washington, DC 20007-5208
202-965-8100
202-965-8104 (fax)
dfelsen@carltonfields.com

## LCvR 7 Certification

Before filing this motion, the undersigned discussed the motion with opposing counsel in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement. **The motion is consented to.**

## Certificate of Service

I certify that a true and correct copy of the foregoing document was served via the Court's CM/ECF electronic filing system, this 16th day of September 2021, on the following:

Joseph L. Katz
6701 Democracy Boulevard, Suite 300
Bethesda, Maryland 20817
joe@joekatzlaw.com

Lauren P. McLaughlin
SMITH, CURRIE & HANCOCK LLP
1950 Old Gallows Road, Suite 750
Tysons, Virginia 22182
lpmclaughlin@smithcurrie.com

/s/ Daniel K. Felsen
Daniel K. Felsen