## In the United States District Court
## for the District of Columbia

| | |
|---|---|
| Corado's Services, LLC<br><br>            Plaintiff<br>v.<br><br>Hartford Fire Insurance Company, *et al*.<br><br>            Defendants | Case No. 1:20-cv-03673-RDM |

## Order Granting
## Ellisdale Construction, LLC's Consent Motion to Intervene

The Court, having considered Ellisdale Construction, LLC's ("Ellisdale's) Consent Motion to Intervene ("Motion"), the opposition thereto, if any, and the entire record herein, it is this _____ day of _____ 2021

ORDERED that Ellisdale's Motion to Intervene is GRANTED,

AND IT IS FURTHER ORDERED that Ellisdale's Answer and Cross-Claim in the form of Exhibit 1 to the Motion is deemed filed as of the date that this Order is entered.

_____
Judge, United States District Court
for the District of Columbia

1